United States District Court
Southern District of Texas
**ENTERED**
February 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FERVO ENERGY COMPANY,<br>    Plaintiff,<br><br>VS.<br><br>ORMAT TECHNOLOGIES, INC.,<br>    Defendant. | § § § § § § § § | CIVIL ACTION NO. 4:24-CV-00006 |

## ORDER OF DISMISSAL

On February 17, 2025, Plaintiff Fervo Energy Company ("Fervo") and Defendant Ormat Technologies, Inc. ("Ormat") filed a Joint Stipulation of Dismissal with Prejudice (Dkt. 40) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

    SIGNED at Houston, Texas on February 18, 2025.

                                                                                        _____
                                                                                        GEORGE C. HANKS, JR.
                                                                            UNITED STATES DISTRICT JUDGE